

```
                                USDC SDNY
                                DOCUMENT
                                ELECTRONICALLY FILED
                                DOC #:_____
                                DATE FILED: 11/191/2021
```

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| GEORGIA M. PESTANA<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN E. KRUK<br>Office: (212) 356-0893<br>Fax: (212) 356-1140<br>ckruk@law.nyc.gov |

November 19, 2021

**By ECF**

Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:  *Michael Perry v. City of New York.,* 21-cv-4163 (RA)(RWL)

Dear Magistrate Judge Lehrburger:

I am the Assistant Corporation Counsel representing the City of New York in the above action. I write to request that the initial conference currently scheduled to take place at 9:30 a.m. on December 1, 2021 (see Dkt No. 15) be moved to 12 noon that same day to accommodate the Metropolitan Detention Center's schedule and availability. I have conferred with Your Honor's chambers, and the facility, who both confirmed that 12 noon on December 1, 2021 is available. I have not obtained Plaintiff's consent due to his incarceration. This is Defendant's first request to change the time of the initial conference.

      Thank you for your consideration of this request.

                                         Respectfully,

                                         s/
                                         Carolyn E. Kruk

cc:    by mail

Michael Perry
Plaintiff pro se
Register Number: 92274-053
Metropolitan Detention Center
80 29th Street rooklyn, NY 11232

SO ORDERED:

11/19/2021

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE